United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
David John Kenderdine, Sr.  
Dae Marie Kenderdine  
      Debtors

Case No. 15-10962-mdc  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: DonnaR     Page 1 of 1     Date Rcvd: Aug 10, 2016  
                    Form ID: 211     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 12, 2016.

```
db/jdb         +David John Kenderdine, Sr.,    Dae Marie Kenderdine,    3090 Route 212,    PO Box 545,
                 Springtown, PA 18081-0545
cr             +Springtown Water Authority,    3450 Route 212,    Riegelsville, PA 18077-9711
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
cr              E-mail/PDF: rmscedi@recoverycorp.com Aug 11 2016 01:31:42     The Bureaus, Inc.,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
                                                                                             TOTAL: 1
```

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2016                                                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 10, 2016 at the address(es) listed below:

```
              ANDREW F GORNALL    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               agornall@kmllawgroup.com,    bkgroup@kmllawgroup.com
              BONNIE B. FINKEL    finkeltrustee@comcast.net,    NJ69@ecfcbis.com;Finkeltrustee@comcast.net
              DAVID W. TIDD    on behalf of Joint Debtor Dae Marie Kenderdine bankruptcy@davidtiddlaw.com
              DAVID W. TIDD    on behalf of Debtor David John Kenderdine, Sr. bankruptcy@davidtiddlaw.com
              JEFFREY G. TRAUGER    on behalf of Creditor    Springtown Water Authority jtrauger@grimlaw.com,
               ksaborsky@grimlaw.com
              JOHN R.K. SOLT    on behalf of Debtor David John Kenderdine, Sr. jsolt.soltlaw@rcn.com,
               sbennett.jrksolt@gmail.com
              JOHN R.K. SOLT    on behalf of Joint Debtor Dae Marie Kenderdine jsolt.soltlaw@rcn.com,
               sbennett.jrksolt@gmail.com
              KELLY LYN EBERLE    on behalf of Creditor    Springtown Water Authority keberle@grimlaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 9
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re:                                                                                                    Chapter: 7

    David John Kenderdine, Sr. and Dae Marie Kenderdine

Debtor(s)                                                                                        Case No: 15−10962−mdc

___

## *ORDER*

    AND NOW, 8/10/16 , the debtor having failed to file either a statement regarding completion of a course in personal financial management, see 11 U.S.C. § 727(a)(11); see also Bankruptcy Rule 4004, or a request for a waiver from this requirement. 11 U.S.C. § 109(h)(4),

    And the statement regarding personal financial management was due, *see* Bankruptcy Rule 1007(c),

    Accordingly, it is hereby ORDERED that the debtor shall have until 8/24/16 to file a statement regarding completion of an instructional course concerning personal financial management or a request for a waiver from such requirement. If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without the debtor receiving his/her chapter 7 discharge. See Advisory Committee Note to Fed. R. Bankr. P. 4004.

                                    For The Court

                                      Magdeline D. Coleman

                                      Judge ,United States Bankruptcy Court