Certificate Number: 14912-PAE-DE-027900375

Bankruptcy Case Number: 15-10962



14912-PAE-DE-027900375

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 12, 2016, at 3:47 o'clock PM EDT, David Kenderdine completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: August 12, 2016        By: /s/Jai Bhatt

                             Name: Jai Bhatt

                             Title: Counselor