United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 15-10962-mdc
David John Kenderdine, Sr.                                      Chapter 7
Dae Marie Kenderdine
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: DonnaR              Page 1 of 1            Date Rcvd: Sep 09, 2016
                              Form ID: 195              Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 11, 2016.
```
db/jdb         +David John Kenderdine, Sr.,    Dae Marie Kenderdine,    3090 Route 212,    PO Box 545,
                 Springtown, PA 18081-0545
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2016                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 9, 2016 at the address(es) listed below:
```
              ANDREW F GORNALL    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               agornall@kmllawgroup.com,    bkgroup@kmllawgroup.com
              BONNIE B. FINKEL    finkeltrustee@comcast.net,    NJ69@ecfcbis.com;Finkeltrustee@comcast.net
              DAVID W. TIDD    on behalf of Debtor David John Kenderdine, Sr. bankruptcy@davidtiddlaw.com
              DAVID W. TIDD    on behalf of Joint Debtor Dae Marie Kenderdine bankruptcy@davidtiddlaw.com
              JEFFREY G. TRAUGER    on behalf of Creditor    Springtown Water Authority jtrauger@grimlaw.com,
               ksaborsky@grimlaw.com
              JOHN R.K. SOLT    on behalf of Joint Debtor Dae Marie Kenderdine jsolt.soltlaw@rcn.com,
               sbennett.jrksolt@gmail.com
              JOHN R.K. SOLT    on behalf of Debtor David John Kenderdine, Sr. jsolt.soltlaw@rcn.com,
               sbennett.jrksolt@gmail.com
              KELLY LYN EBERLE    on behalf of Creditor    Springtown Water Authority keberle@grimlaw.com,
               blee@grimlaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                               TOTAL: 9
```

**UNITED STATES BANKRUPTCY COURT**
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:  : Chapter 7

David John Kenderdine, Sr. and Dae Marie Kenderdine  : Case No. 15−10962−mdc
    Debtor(s)

### ORDER
_____

    AND NOW, this day , September 9, 2016 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Magdeline D. Coleman
Judge , United States Bankruptcy Court

75
Form 195